---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
John W. Hargrave, Esquire
John W. Hargrave & Associates
117 Clements Bridge Road
Barrington, NJ 08007
856-547-6500 (phone)
Atty for John W. Hargrave, Trustee

In Re:

**LINDA M. KITTS**

Order Filed on December 22,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.: **15-28029/JNP**

Adv. No.:

Hearing Date:

Judge: **Jerrold N. Poslusny**

# ORDER AUTHORIZING JOHN W. HARGRAVE, CHAPTER 7 TRUSTE, TO SELL DEBTOR'S REAL PROPERTY LOCATED AT 214 HADDON AVENUE, COLLINGSWOOD, NEW JERSEY 08108

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 22, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Case No.: | 15-28029/JNP |
| Debtor's Name: | Linda M. Kitts |
| Caption of Order: | Order Authorizing the Chapter 7 Trustee to sell Debtor's Real Property located at 214 Haddon Avenue, Collingswood, NJ |

This matter comes before the Court by way of motion of John W. Hargrave, Chapter 7 Trustee, on notice to all creditors, and the Court having reviewed and found the methods of service proper and that adequate notice of the within motion was provided to these parties in interest. For good cause shown by the Chapter 7 Trustee, it is hereby **ORDERED:**

1. John W. Hargrave, Chapter 7 Trustee ('the Trustee') is hereby authorized to sell Debtor's Real Property located at 214 Haddon Avenue, Collingswood, New Jersey 08108, on the terms and conditions set forth in the Contract of Sale provided to the Court, pursuant to 11 U.S.C. §363(b). The sale of Debtor's Real Property located at 214 Haddon Avenue, Collingswood, New Jersey 08108 is **APPROVED.**

2. The Debtor's Real Property located at 214 Haddon Avenue, Collingswood, New Jersey 08108, is sold free and clear of liens and encumbrances, with the liens to attach to the proceeds of the sale.

3. Professional fees in the amount of $6,000.00 are hereby **APPROVED** for Berkshire Hathaway Home Services and the Trustee is authorized to pay these fees upon clearance of sale proceeds.